

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

August 22, 1968

Honorable Jesse James
State Treasurer
Capitol Station
Austin, Texas   78711

Opinion No. M-271

Re:   Whether Eximbank Investment
      Portfolio Participation Cer-
      tificates issued by the Export-
      Import Bank of the United States
      may be accepted as collateral
      for State deposits.

Dear Mr. James:

In your recent request for an official opinion of this
Department, you ask whether Export-Import Bank of the United
States Eximbank Investment Portfolio Participation Certif-
icates may be accepted as collateral for State deposits.
Securities which are eligible to secure State deposits are
listed in Article 2529, Revised Civil Statutes, which provides,
in part:

"...The Treasurer shall require each bank so
designated to qualify as a State Depository on or
before the 25th day of November next, by ...; or
(b) by pledging with the Treasurer any securities
of the following kinds:  bonds and certificates
and other evidences of indebtedness of the United
States; and all other bonds which are guaranteed
as to both principal and interest by the United
States,..."  (Emphasis added.)

Enclosed with your opinion request was a prospectus
which is to be used in the sale of the securities in question.
This prospectus states on its face that the Attorney General
of the United States has ruled, on September 30, 1966, that
the Eximbank Investment Portfolio Participation Certificates
constitute general obligations of the United States.  You
have not included the opinion of the Attorney General of the
United States so holding.  However, assuming that the securi-
ties in question have been held to be general obligations of
the United States, then we are of the opinion that they may
be accepted as collateral for State deposits.

- 1313 -

### S U M M A R Y

Under the facts submitted Eximbank Investment Portfolio Participation Certificates may be accepted as collateral for State deposits.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John W. Fainter, Jr.
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Hawthorne Phillips, Chairman
Kerns Taylor, Co-Chairman
Fielding Early
Jim Swearingen
Neil Williams
Joe L. Clayton, Jr.

A. J. CARUBBI, JR.
Executive Assistant